UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                      -v-

    JAWAN MILLS,

                              Defendant.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/22/2023
```

1:22-cr-522-GHW-13

ORDER

GREGORY H. WOODS, United States District Judge:

    The initial pretrial conference for defendant Jawan Mills, which was previously scheduled for March 1, 2023 at 12:00 p.m. will instead take place at 1:00 p.m. on the same day, in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: February 22, 2023
         New York, New York

                                                       _____
                                                           GREGORY H. WOODS
                                                        United States District Judge