MEMORANDUM ENDORSED

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 5, 2024

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/6/2024
```

Re:   *U.S. v. Jawan Mills*
      **22 CR 522 (GHW)**

Dear Judge Woods:

    I am the attorney for Jawan Mills, the defendant in the above-referenced matter. A conference in this case is currently scheduled for February 6, 2024. The purpose of this letter is to respectfully request that Donna Newman, counsel for co-defendant Eddy Caminero, be permitted to stand in for me during the conference. I am currently on trial before the Honorable Nelson S. Roman in *US v. Carter, et al.*, 21 Cr. 681. The trial is expected to continue through this week. I have spoken with my client who consents to Ms. Newman appearing on my behalf.

    The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:   All counsel (*via ECF*)

---

Application granted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 295.

SO ORDERED.

Dated: February 5, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge