# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2024
```

May 23, 2024

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *U.S. v. Jawan Mills*
         **22 CR 522 (GHW)**

Dear Judge Woods:

  I am the attorney for Jawan Mills, the defendant in the above-referenced matter. Counsel has spoken with the Government and both parties are available on May 29, 2024, at 11:00 a.m. for a change of plea hearing. The Court's time and consideration of this matter are greatly appreciated.

           Respectfully submitted,

           /s/

           Margaret M. Shalley

cc: All counsel (*via ECF*)

---

Counsel has informed the Court that Mr. Mills is no longer wishes to change his plea at this time. Therefore, the Clerk of Court is directed to terminate the motion pending at Dkt. No. 341.

SO ORDERED.
Dated: May 29, 2024
New York, New York

         _____
         GREGORY H. WOODS
         United States District Judge